JOHN D. ROBERTSON (SBN.72400)
LAW OFFICES OF JOHN D. ROBERTSON, APC
1021 S. Union Ave.
Los Angeles, CA 90015
Telephone: (213) 482-8893
Facsimile: (213) 482-5002
Email:  jdrlaw@hotmail.com

Attorney for Defendant,
ARMANI AFLLEJE, DEFENDANT #5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EUGENE HENLEY, JR., et. al,<br>ARMANI AFLLEJE (#5),<br>Defendants. | Case No. 2:25-CR-211-FLA<br><br>**[PROPOSED] ORDER** |
| --- | --- |

GOOD CAUSE APPEARING THEREFOR, and considering Defendant Aflleje's Notice of Motion and Motion to Dismiss Count 19 of the Indictment, it is hereby ordered that Count 19 of the Indictment in this case, as to Defendant Armani Aflleje, is hereby dismissed.

**IT IS SO ORDERED.**

_____

HON. FERNANDO L. AENLLE-ROCHA
United States District Court Judge

1